IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL BARKER, Individually and as Parent and Next Friend to A.B.; and DONNA BARKER, Individually and as Parent and Next Friend to A.B.,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>SIOUX COUNTY PUBLIC SCHOOLS, and BRETT GIES, Sioux County Public Schools Superintendent, in His Official and Individual Capacities,<br><br>                              Defendants. | 7:24CV5003<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

       This case is before the Court on the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by counsel for all parties. Filing 64. The parties stipulate to the dismissal of this action with prejudice. Accordingly,

       IT IS ORDERED that the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Filing 64, is accepted, and this case is dismissed with prejudice.

       Dated this 18th day of June, 2025.

                                                     BY THE COURT:

                                                     Brian C. Buescher
                                                     United States District Judge